UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE:

| | | |
|---|---|---|
| VAN GELDER, INC., | : | |
| | : | |
| | : | |
| Plaintiff, | : | Court No. 21-00160 |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jamie L. Shookman, hereby enters her appearance as attorney of record for the United States, defendant, in the above-captioned action, and requests that all papers in connection therewith be referred to her attention.

                                        Respectfully submitted,

                                        BRIAN M. BOYNTON
                                        Acting Assistant Attorney General
                                        Civil Division

                                        JEANNE E. DAVIDSON
                                        Director

By:        /s/ Justin R. Miller
              Justin R. Miller
              Attorney-in-Charge

              /s/Jamie L. Shookman
              Jamie L. Shookman
              Trial Attorney
              International Trade Field Office
              Department of Justice, Civil Division
              Commercial Litigation Branch
              26 Federal Plaza, Room 346
              New York, New York 10278
              Attorneys for Defendant
Dated: April 19, 2021      (212) 264-2107 or 9230