UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| VAN GELDER, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | Court No. 21-00160 |

**ORDER**

Upon consideration of Plaintiff's motion to set aside dismissal and reopen case, and all papers and proceedings herein, it is hereby:

**ORDERED** that Plaintiff's motion is **GRANTED**; and it is further

**ORDERED** that the Court's Order entered on April 30, 2024 [ECF No. 14], dismissing the above-referenced case for failure to prosecute is set aside and that the above-referenced case is reopened; and it is further

**ORDERED** that the deadline to remove the above-captioned case from the Customs Case Management Calendar is April 30, 2025.

**SO ORDERED.**

/s/ *M. Miller Baker*

**JUDGE**

DATED:  May 6, 2024
            New York, NY