## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| VAN GELDER, INC.,<br>    Plaintiff,<br> v.<br>THE UNITED STATES,<br>    Defendant. | **Court No. 21-00160** |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff van Gelder, Inc., in accordance with U.S. Court of International Trade Rule 41(a)(1), notifies the Court and Defendant that Plaintiff hereby voluntarily dismisses this case without prejudice.

           Respectfully submitted,

           /s/ Wm. Randolph Rucker
           Wm. Randolph Rucker
           FAEGRE DRINKER BIDDLE & REATH LLP
           320 S. Canal Street, Suite 3300
           Chicago, IL 60606
           Telephone: (312) 569-1000

April 18, 2025        *Counsel to Plaintiff*

Order of Dismissal

    This action, having been voluntarily noticed for dismissal by Plaintiff, is dismissed without prejudice.

Dated: _____    Clerk, U.S. Court of International Trade

By: _____
                Deputy Clerk

## CERTIFICATE OF SERVICE

William R. Rucker certifies that he is an attorney with the law firm of Faegre Drinker Biddle & Reath LLP, with offices located at 320 S. Canal Street, Suite 3300, Chicago, Illinois 60606, and that on April 18, 2025 on behalf of the Plaintiff herein, he served the attached Notice of Voluntary Dismissal on:

> Edward Francis Kenny
> U.S. Department of Justice
> Civil Division
> Commercial Litigation Branch
> 26 Federal Plaza
> Room 346
> New York, NY 10278

the attorney for the Defendants herein, by electronic service in the CM/ECF System of the Court of International Trade.

/s/ William R. Rucker